CENTRAL AGUIRRE COMPANY, PLAINTIFF AND APPELLANT, *v.* TREASURER OF PORTO RICO, DEFENDANT AND APPELLEE.

APPEAL from the District Court of San Juan, Section 1, in an Action for the Refund of Taxes Paid Under Protest.

No. 1842.—Decided June 29, 1918.

Decided on the grounds of the opinion delivered in Case No. 1827, *South Porto Rico Sugar Company* v. *Treasurer of Porto Rico, ante.*

*Messrs. Charles Hartzell* and *Francisco Ramírez de Arellano* for the appellant.

*Messrs. Howard L. Kern,* Attorney General, and *Jaime Sifre, Jr.,* Special *Fiscal,* for the appellee.    -

*Reversed and remanded.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.

---

RUSSELL & COMPANY, LIMITED, PLAINTIFF AND APPELLANT, *v.* TREASURER OF PORTO RICO, DEFENDANT AND APPELLEE.

APPEAL from the District Court of San Juan, Section 1, in an Action for the Refund of Taxes Paid Under Protest.

No. 1870.—Decided June 29, 1918.

Decided on the grounds of the opinion delivered in Case No. 1827, *South Porto Rico Sugar Company* v. *Treasurer of Porto Rico, ante.*

*Mr. O. B. Frazer* for the appellant.

*Messrs. Howard L. Kern,* Attorney General, and *Jaime Sifre, Jr.,* Special *Fiscal,* for the appellee.

*Reversed and remanded.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.